**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1763**

PATRICIA A. FRIERSON,

Plaintiff - Appellant,

versus

TERRY L. PARKE, an individual; MIKE JOHNSON,
individually as an officer of the City of
Columbia Police Department; COLUMBIA, CITY OF;
PALMETTO HEALTH ALLIANCE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief
District Judge.  (3:06-cv-01892-JFA)

Submitted:  January 30, 2008          Decided:  February 26, 2008

Before WILKINSON and TRAXLER, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patricia A. Frierson, Appellant Pro Se.  Robert Gordon Cooper,
OFFICE OF THE CITY ATTORNEY, Columbia, South Carolina; Patrick J.
Flynn, USC SCHOOL OF LAW, Columbia, South Carolina; William Henry
Davidson, II, David Leon Morrison, Matthew Blaine Rosbrugh,
DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina;

Barbara A. Chesley, RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia A. Frierson appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing Frierson's 42 U.S.C. § 1983 (2000) action for failure to prosecute and for noncompliance with court orders. A plaintiff's failure to prosecute or to comply with the federal procedural rules or an order of the court may warrant involuntary dismissal. Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Frierson v. Parke, No. 3:06-cv-01892-JFA (D.S.C. July 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED